## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**TIERRE MOORE**                                                                 **PLAINTIFF**
**Reg. #16431-028**

**V.**                                    **NO. 2:22-cv-00067-KGB-ERE**

**BRUCE,** *et al.*                                                             **DEFENDANTS**

### RECOMMENDED DISPOSITION

### I.    Procedure for Filing Objections:

This Recommendation for the dismissal of Mr. Moore's claims has been sent to United States District Chief Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Baker may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### II.    Discussion:

On April 25, 2022, *pro se* plaintiff Tierre Moore, a federal inmate formerly incarcerated at the Federal Correctional Institution in Forrest City, Arkansas ("FCI-FC"), filed this civil rights lawsuit. *Doc. 1*. Because Mr. Moore alleged that federal

actors, rather than state actors, violated his constitutional rights, he properly brought his constitutional claims under *Bivens v. Six Unknown Agents*, 403 U.S. 388 (1971), rather than 42 U.S.C. § 1983.[1] The Court previously allowed Mr. Moore to bring his deliberate indifference claim against the unknown nurse employed by FCI-FC in this lawsuit, but severed Mr. Moore's remaining claims based on events that occurred in Oklahoma.[2] *Doc. 2.*

On December 11, 2023, mail sent to Mr. Moore from the Court was returned as undeliverable. *Doc. 8.*

The next day, the Court ordered Mr. Moore to notify the Court of his current address within 30 days or risk dismissal of his claims. *Doc. 9.* To date, he has not responded to the Court's December 12 Order.

Mr. Moore has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 3*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Moore regarding his lawsuit.

---

[1] In *Bivens*, the Supreme Court authorized an implicit cause of action for prisoners to bring certain civil rights lawsuits for damages against federal officials. "An action under *Bivens* is almost identical to an action under section 1983, except that the former is maintained against federal officials while the latter is against state officials." *Gordon v. Hansen*, 168 F.3d 1109, 1113 (8th Cir. 1999).

[2] In his complaint, Mr. Moore alleged that, on February 15, 2022, he was involved in a bus accident while being transported from a federal detainee transit center in Oklahoma. Mr. Moore explains that he believes that the driver of the bus struck a deer, bringing the bus to a halt. He sued: (1) Bruce, an employee of the Federal Transit Center in Oklahoma; (2) an unknown federal agent employed by the Federal Transit Center in Oklahoma; and (3) an unknown nurse employed by FCI-FC.

### III.  **Conclusion**:

IT IS THEREFORE RECOMMENDED THAT:

1.      Mr. Moore's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's December 12 Order; (3) update his address; and (4) prosecute this lawsuit.

2.      The Clerk be instructed to close this case.

Dated 23 January 2024.


UNITED STATES MAGISTRATE JUDGE