### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**TIERRE MOORE**                                                                                    **PLAINTIFF**
Reg. #16431-028

v.                                            Case No. 2:22-cv-00067-KGB

**BRUCE,** *et al.*                                                                                 **DEFENDANTS**

### ORDER

Before the Court is the recommended disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 12). The Court has reviewed the Recommendation (*Id.*). No party has filed objections to the Recommendation, and the time to do so has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). *Pro se* plaintiff Tierre Moore's complaint is dismissed without prejudice (Dkt. No. 1). Judgment will be entered accordingly.

It is so ordered this 11th day of September, 2025.

                                                                                   _____
                                                                                   Kristine G. Baker
                                                                                   Chief United States District Judge